UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONTE CORNELL MORRIS, | ) | Case No. CV 15-7075 JC |
|         Petitioner, | ) ) | JUDGMENT |
|       v. | ) ) | |
| STATE OF CALIFORNIA, | ) ) ) | |
|         Respondent. | ) ) | |

Pursuant to this Court's Memorandum Opinion and Order Granting Motion to Dismiss First Amended Petition for Writ of Habeas Corpus with Prejudice as Time-Barred, IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: February 2, 2016

                                                              /s/
                                      Honorable Jacqueline Chooljian
                                      UNITED STATES MAGISTRATE JUDGE